# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Rodney Rouzan,<br><br>    Plaintiff,<br><br>    v.<br><br>WHALEN THOMAS, et al.<br><br>    Defendants. | CASE NO. CV12-10352-BRO (JPR)<br><br>**ORDER OF DISMISSAL OF ALL DEFENDANTS BASED ON JOINT STIPULATION**<br><br>Action Filed:   December 4, 2012 |

### ORDER OF DISMISSAL BASED ON STIPULATION

Based upon the Joint Stipulation of Dismissal and good cause appearing, it is Ordered that the above-captioned action be and hereby is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 15, 2014    _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

HOA.1114615.1
ORDER OF DISMISSAL                                   CV 12-10352 BRO-JPR